AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>Jaime VAZQUEZ Roman<br>&<br>Saul RODRIGUEZ Serrano<br>*Defendant(s)* | Case No. 25-589 (M) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  22 June 2025  in the county of _____ in the Judicial District of Puerto Rico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Possession of a machine gun. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

Reviewed and authorized by AUSA Joseph Russell.

ANTHONY CARAPUCCI
Digitally signed by ANTHONY CARAPUCCI
Date: 2025.06.23 16:32:53 -04'00'

*Complainant's signature*

DEA SA Anthony Carapucci
*Printed name and title*

Subscribed and Sworn pursuant to FRCP 4.1 at 6:42 p.m. by telephone, this 23rd day of June, 2025.

Date: 06/23/2025

*Judge's signature*

City and state: San Juan, Puerto Rico

Hon. Hector Ramos-Vega
*Printed name and title*